[No. 10131–5–I. Division One. August 15, 1983.]

NOLA M. FOX, *Respondent,* v. ROGER E. PEDERSON, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Skagit County, No. 41993, Walter J. Deierlein, Jr., J., entered March 19, 1981. *Affirmed* by unpublished opinion per Williams, J., concurred in by Andersen, C.J., and Callow, J.

[Nos. 10764–0–I; 10803–4–I;    Division One.          August 15, 1983.]
      10804–2–I; 10805–1–I.

*In the Matter of* DEMETREOUS SMITH, ET AL.

WALTER SMITH, ET AL, *Appellants,* v. THE STATE OF WASHINGTON, *Respondent.*

Appeals from judgments of the Superior Court for King County, Nos. J–79814, J–80942, J–80941, J–82181, Jack P. Scholfield, J., entered September 3, 1981. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson and Callow, JJ.

[No. 10295–8–I. Division One. August 15, 1983.]

SICHEL'S WHOLESALE MEATS, INC., *Respondent,* v. VIENNA SAUSAGE MANUFACTURING COMPANY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 865319, George T. Mattson, J., entered April 3, 1981. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Williams and Callow, JJ.

[No. 12061–1–I. Division One. August 15, 1983.]

*In the Matter of the Personal Restraint of* RICHARD C. ROUNTREE, *Petitioner.*

Petition for relief from personal restraint. *Dismissed* by unpublished opinion per Williams, J., concurred in by Swanson and Callow, JJ.